UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DMITRI ANDERSON,

    Petitioner,

v.                                                        Case No. 1:14-cv-169

SHERRY BURT,                      HON. GORDON J. QUIST

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 31, 2018, Magistrate Judge Kent issued a Report and Recommendation (R & R) recommending that the Court deny Petitioner's habeas corpus petition. The Court has reviewed the R & R recommending that the petition be denied. The R & R was duly served on Petitioner on September 4, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore, the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the August 31, 2018, Report and Recommendation (ECF No. 26) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** for the reasons set forth in the Report and Recommendation.

A separate judgment will enter.

This case is **concluded**.

Dated: September 27, 2018                                       /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE